ELISHA H. RYDER & others *vs.* LUTHER HALL & another.

The owners of a vessel may maintain an action to recover of the consignee the freight of
goods carried, delivered and accepted, although the master has receipted in the bill of
lading for a larger amount of goods than was actually put on board; especially if it ap
pears that the consignee has an agreement with the shippers by which he is only to pay
them for what he received, unless he can recover of the master the difference between
this amount and the amount named in the bill of lading.

CONTRACT brought by the owners of the bark Hadley, to re-
cover the freight of a cargo of coal from Baltimore to Boston,
consigned to the defendants.   This case was tried in the supe-
rior court at the same time and submitted to the same jury and
under similar instructions as the preceding case; and a verdict
was returned for the plaintiffs.   The defendants alleged ex-
ceptions.

*J. Nickerson,* for the defendants.

*J. C. Dodge,* for the plaintiffs.

HOAR, J.   The case is within the decision in *Sears* v. *Win
gate,* 3 Allen, 103.   Not only is there no evidence that the de-
fendants incurred any liability on the faith of statements in the
bill of lading which have proved to be untrue; but it appears
affirmatively that they are setting up the defence in behalf of
the shippers of the coal, and are to pay them no more than for
the amount actually received, unless they can maintain a claim
for the deficiency as a recoupment of damages in this action.

*Exceptions overruled.*